FILED FOR RECORD
9/20/2022 12:04 PM
MARY MARGARET WRIGHT
COUNTY CLERK
HENDERSON COUNTY, TEXAS

00235-CCL-22

CAUSE NO. _____

| | | |
|---|---|---|
| TAW PRUITT, | § | IN THE COUNTY COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | AT LAW NO. __ |
| LITTLE GIANT LADDER SYSTEMS, L.L.C., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | HENDERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Taw Pruitt ("Plaintiff") files this his Original Petition complaining of Defendant Little Giant Ladder Systems, LLC, ("Defendant") and, for causes of action, pleads as follows:

### DISCOVERY CONTROL PLAN

1.     Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to proceed with discovery under Level 2 as set forth in Rule 190.3.

### CLAIM FOR RELIEF

2.     In accordance with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000.

### PARTIES

3.     Plaintiff Taw Pruitt is a Texas resident (hereinafter "Plaintiff"). The last three digits of Mr. Pruitt's Texas driver's license number are 291. The last three digits of Mr. Pruitt's social security number are 981.

4.     Defendant Little Giant Ladder Systems, LLC is a limited liability company organized under the laws of the state of Utah.

---

5.　　　Defendant conducts a substantial amount of business in Texas and continuously and systematically contacts the state of Texas by selling its product in Texas, to Texas customers.

6.　　　Little Giant Ladder Systems, LLC does not maintain a registered agent for service of process in the State of Texas. Under the Texas Long Arm Statute, §17.042, Defendants engages in acts constituting business in this state by contracting to sell products to Texas residents and delivering products to Texas, and by committing torts wholly or in part in the State of Texas. Therefore, through the Texas Long-Arm Statute §17.044, the Texas Secretary of State is an agent for service of process on Defendant in Texas. Plaintiff will serve citation and a copy of this petition on the Texas Secretary of State at Service of Process, Secretary of State, James E. Rudder Building, 1019 Brazos, Room 105, Austin, Texas 78701, requesting that the Secretary of State mail a copy of the citation and petition to Little Giant Ladder Systems, LLC by registered mail, or certified mail, return receipt requested to Little Giant Ladder Systems, LLC's registered agent, Corporation Service Company, 15 West South Temple, Suite 600, Salt Lake City, Utah 84101.

## JURISDICTION AND VENUE

7.　　　This Court has subject matter jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

8.　　　This Court has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the privileges of routinely conducting business in the State of Texas. This contact gives rise to Plaintiff's causes of action in this case (specific jurisdiction) in that Defendant sold the Ladder through its retailer to Plaintiff in Texas. Further, the Court has jurisdiction over Defendant because it sold defective product directly to retailers and customers in Texas, for use in Texas, which product is the basis for this lawsuit. Moreover, Defendant continuously and systematically contacts the state of Texas and its citizens as a product supplier

which sells a large volume of product directly into Texas, markets directly in Texas, and communicates directly with its customers in Texas (general jurisdiction). This Court's exercise of jurisdiction over Defendant will not offend traditional notions of fair play and substantial justice.

9.      Venue in Henderson County, Texas is appropriate because the defective ladder was purchased in Henderson County, Texas, and the ladder failed in Henderson County, Texas, resulting in injuries to the Plaintiff in Henderson County, Texas. Further, Plaintiff is a resident of Henderson County, Texas.

## FACTUAL BACKGROUND

**A. General Background**

10.      Taw Pruitt installs AV systems. In April 2020, he purchased a Model 6 – 10 King Kombo ladder manufactured by Defendant (the "Ladder"), new, from Lowe's in Henderson County, Texas to use in connection with his job. The ladder had a number stamped "10494S" on an aluminum piece which Plaintiff, upon information and belief, believes Defendant refers to as a "date stamp". The Ladder was outfitted with a fold out section designed and marketed to be used to securely set the ladder up when working in corners.

11.      On September 21, 2020, Pruitt was using the ladder, as it was designed to be used, in connection with installing AV equipment in a corner. Pruitt had not altered or modified the ladder. The Ladder collapsed, and Pruitt fell, injuring his ankle, arm and causing a cut to his finger.

12.      Pruitt suffered and continues to suffer pain as a result of his fall, has received extensive medical treatment including an ankle replacement, lost income, and has scarring and disfigurement.

## CAUSES OF ACTION

## PRODUCTS LIABILITY

13.      Plaintiff incorporates by reference herein all preceding paragraphs of this Original

Petition.

14.    Defendant designed the Ladder, created its marketing campaign and directions for use, manufactured the Ladder, and placed it into the stream of commerce. It was new when purchased, and was not altered prior to its failure.

15.    The Ladder was defectively designed. It fails during ordinary use in corners. Alternatively, it is too difficult for the ordinary user to set up for safe use. Alternatively, Defendant provides inadequate directions for use. Alternatively, Defendant provides defective warnings because it does not inform the user of ordinary hazards the user will face when using it.

16.    Safer alternative designs, adequate directions, and/or adequate warnings were available at the time the Ladder was manufactured, and could have been implemented in a technically and financially feasible manner by Defendant.

17.    Alternatively, the Ladder was defectively manufactured.

18.    The Ladder's design, manufacturing, marketing and/or warning defects caused Plaintiff's injuries. Defendant is strictly liable to Plaintiff as a result.

## NEGLIGENCE

19.    Plaintiff incorporates by reference herein all preceding paragraphs of this Original Petition.

20.    Defendant failed to exercise the ordinary care and prudence of a product designer and manufacturer as follows:

      a.    Failing to design a ladder which could be safely used by the ordinary user;

      b.    Failing to properly instruct its customers and users of its products on proper use;

      c.    Failing to warn its customers and users of its products about the hazards incumbent with the use of the Ladder; and

d.  Failing to have in place a reasonable manufacturing process with sufficient safeguards, redundancy and quality control to insure the safe manufacture of products.

21.    Defendant's failure to exercise ordinary care and prudence proximately caused personal injuries to Plaintiff for which Defendant is liable to Plaintiff.

## NOTICE

22.    Pursuant to TEX. R. CIV. P. 193.7, Plaintiff hereby gives notice to Defendant that Plaintiff intends to use, in any pretrial proceeding and at trial, the documents Defendant has produced (or will produce as the case may be) in response to written discovery.

## REQUIRED DISCLOSURE

23.    Plaintiff hereby demands that Defendant make the initial disclosures required by TEX. R. CIV. P. 194.

## DEMAND FOR JURY

24.    Plaintiff demands a jury trial and tenders the appropriate fee.

## DAMAGES

25.    The acts and practices of Defendant were a proximate cause of Pruitt's injuries and damages as follows

a)    Physical pain and suffering incurred in the past and future;

b)    Mental anguish incurred in the past and future;

c)    Medical expenses incurred in the past and future;

d)    Past and future physical disfigurement;

e)    Lost wages and/or loss of earnings capacity incurred in the past and future;

f)    Pre and post-judgement interest;

g)    Costs of court; and

h)    All other relief, in law or in equity, to which Plaintiff may be justly entitled.

## **PRAYER**

Plaintiff respectfully requests that Defendant be cited to answer and appear, and, that upon final trial, Plaintiff recover actual damages, as specified above, from Defendant, plus costs of court, pre-judgment and post-judgment interest at the legal rate, and that Plaintiff have such other and further relief, general and special, at law or in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

LYONS & SIMMONS, LLP

**Michael P. Lyons**
State Bar No. 24013074
mlyons@lyons-simmons.com
**Christopher W. Carr**
State Bar No. 00790430
ccarr@lyons-simmons.com
**Michael S. Fechner, Jr.**
Texas Bar No. 24108166
mfechner@lyons-simmons.com
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
(214) 665-6900 (t)
(214) 665-6950 (f)

**ATTORNEYS FOR PLAINTIFF**

00235-CCL-22

# THE STATE OF TEXAS

Henderson County, Texas



To:   TEXAS SECRETARY OF STATE AT SERVICE OF PROCESS          Little Giant Ladder Systems, LLC, Defendant
      SECRETARY OF STATE, JAMES E RUDDER BUILDING          Little Giant Ladder Systems LLC
      1019 BRAZOS ROOM 115          Registered Agent Corporation Service Company
      AUSTIN, TEXAS 78701          15 West South Temple Suite 600
                                   Salt Lake City UT 84101

Greetings:

You are commanded to appear, by filing a written answer to the Plaintiff's Original Petition at or before 10 o'clock a.m. of the next Monday, after the expiration of twenty (20) days, after the date of service hereof, before the Honorable County Court at Law of Henderson County, Texas of said Plaintiff's Original Petition, which was filed on September 20, 2022.

The file number of said suit being No: 00235-CCL-22. The style of the case is: Taw Pruitt vs. Little Giant Ladder Systems, LLC

*The name and address of the attorney for the plaintiff:*
Christopher W Carr
2101 CEDAR SPRINGS ROAD SUITE 1900
DALLAS TX 75201   214-665-6900

The nature of the plaintiff's demand is set out and shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law and the mandates hereof and make due return as the law directs.

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court at Athens, Texas, On This The 20th Day Of September, 2022.
Mary Margaret Wright, County Clerk
Henderson County, Texas
125 N. Prairieville Ste. 101 Athens, Texas 75751

_____ Deputy

| OFFICER'S RETURN | | | | | |
|---|---|---|---|---|---|
| Came to hand on the _____ day of _____, A.D. 20_____, at _____ o'clock _____.M., and executed on the _____ day of |
| _____, A.D. 20_____, at _____ o'clock ___. M., by |
| DELIVERING TO _____ Registered Agent |
| The within named DEFENDANT, in person, a true copy of this citation. |
| FEES: |
| Serving Citation, ------ $ _____   _____ Sheriff/Constable   Mileage, ---------- $ _____ |
| TOTAL  $ _____   _____ County, Texas _____   _____ Deputy |

CC-Citation CIVIL Plaintiffs Original Petition

00235-CCL-22
# THE STATE OF TEXAS
Henderson County, Texas



To:   TEXAS SECRETARY OF STATE AT SERVICE OF PROCESS          Little Giant Ladder Systems, LLC, Defendant
      SECRETARY OF STATE, JAMES E RUDDER BUILDING             Little Giant Ladder Systems LLC
      1019 BRAZOS ROOM 115                                    Registered Agent Corporation Service Company
      AUSTIN, TEXAS 78701                                     15 West South Temple Suite 600
                                                              Salt Lake City UT 84101

Greetings:

You are commanded to appear, by filing a written answer to the Plaintiff's Original Petition at or before 10 o'clock a.m. of the next Monday, after the expiration of twenty (20) days, after the date of service hereof, before the Honorable County Court at Law of Henderson County, Texas of said Plaintiff's Original Petition, which was filed on September 20, 2022.

The file number of said suit being No: 00235-CCL-22. The style of the case is: Taw Pruitt vs. Little Giant Ladder Systems, LLC

*The name and address of the attorney for the plaintiff:*
Christopher W Carr
2101 CEDAR SPRINGS ROAD SUITE 1900
DALLAS TX 75201  214-665-6900

The nature of the plaintiff's demand is set out and shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law and the mandates hereof and make due return as the law directs.

        NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court at Athens, Texas, On This The 20th Day Of September, 2022.
Mary Margaret Wright, County Clerk
Henderson County, Texas
125 N. Prairieville Ste: 101 Athens, Texas 75751

_____ Deputy

| | OFFICER'S RETURN | |
|---|---|---|

Came to hand on the _____ day of _____, A.D. 20____, at _____ o'clock ____.M., and executed on the _____ day of _____ A.D. 20____, at _____ o'clock ___. M., by

DELIVERING TO _____ Registered Agent

The within named DEFENDANT, in person, a true copy of this citation.
FEES:
Serving Citation, ----- $_____   _____ Sheriff/Constable   *Mileage,* -------- $_____

TOTAL  $_____   *County, Texas* _____ Deputy

**CC-Citation CIVIL Plaintiffs Original Petition**