IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TAW PRUITT, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 6:22-cv-401-JDK |
| LITTLE GIANT LADDER SYSTEMS, L.L.C., | | |
| Defendant. | | |

**ORDER OF DISMISSAL**

In this product-liability case, the parties notified the Court of settlement on November 17, 2023, and requested one month to finalize dismissal papers. Docket No. 26. Based on this notice, the Court stayed all pending deadlines and ordered the parties to file dismissal papers or an explanation for why they could not yet dismiss the case by December 18, 2023. Docket No. 28. After the parties failed to file anything, the Court ordered the parties to file a status update by January 17, 2024. Docket No. 29. The parties ignored this order as well.

A district court may dismiss an action for failure to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); Fed. R. Civ. P. 41(b). Such a dismissal may be sua sponte, and appellate review is confined to whether the district court abused its discretion in dismissing the action. *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962)).

Based on the parties' failure to prosecute this case or obey a Court order, the Court **DISMISSES** all pending claims in this case without prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is requested to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **February, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE